Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARLEN AND ROBIN SARKISSIAN, <br><br> Plaintiffs, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., a foreign corporation, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, <br><br> Defendants. | Case No. 3:20-cv-05458-RSM <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES** |

ORDER GRANTING STIPULATED
MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES

THIS MATTER came before the Court on the parties' Stipulated Motion to Extend Trial Date and Related Deadlines. This Court, having considered the Motion and being fully advised, finds there is good cause to amend the Order Setting Trial Date and Related Dates (Dkt. 29).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order Setting Trial Date and Related Dates is amended as requested by the parties, and all deadlines are extended for approximately 90 days, as set forth below:

ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES: CASE NO. 3:20-CV-05458
PAGE 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

|  | Current Deadline | Requested Deadline |
|---|---|---|
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) | January 27, 2021 | April 27, 2021 |
| Rebuttal expert disclosures | February 26, 2021 | May 27, 2021 |
| Last day to file motions related to discovery | February 26, 2021 | May 27, 2021 |
| Discovery completed by | March 29, 2021 | June 28, 2021 |
| All dispositive motions must be filed by (*see* LCR 7(d)) | April 27, 2021 | July 26, 2021 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | June 11, 2021 | September 9, 2021 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday thereafter | June 28, 2021 | September 27, 2021 |
| Agreed pretrial order due | July 14, 2021 | October 12, 2021 |
| Pretrial Conference | To be set by the Court |  |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | July 21, 2021 | October 19, 2021 |
| Jury Trial Date (5 days) | July 26, 2021 | October 25, 2021 |

DATED this 8th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES: CASE NO. 3:20-CV-05458
PAGE 2

HOLLAND & KNIGHT LLP
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

1

2  Presented by:

3
   HOLLAND & KNIGHT LLP
4

5  By: *s/ Garrett S. Garfield*
       Garrett S. Garfield, WSBA No. 48375
6      E-mail: serve.gsg@hklaw.com
       601 SW Second Avenue, Suite 1800
7      Portland, OR  97204
       Telephone:  503.243.2300
8      Fax:  503.241.8014

9  *Attorney for Defendant Select Portfolio Servicing, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL
DATE AND RELATED DEADLINES: CASE NO. 3:20-CV-05458
PAGE 3