1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**
           **WESTERN DISTRICT OF WASHINGTON**
7                      **AT TACOMA**

8

9

10   ARLEN AND ROBIN SARKISSIAN,              Case No. 3:20-cv-05458-RSM

             Plaintiffs,
11
                                              STIPULATION AND ORDER TO DISMISS
12       v.                                   DEFENDANT EXPERIAN INFORMATION
                                              SOLUTIONS, INC.
     SELECT PORTFOLIO SERVICING, INC., a
13   foreign corporation, EQUIFAX
     INFORMATION SERVICES, LLC, a foreign     NOTE ON MOTION CALENDAR:
14   limited liability company, and EXPERIAN  JANUARY 28, 2021
     INFORMATION SOLUTIONS, INC., a
15   foreign corporation,

16           Defendants.

17

18           IT IS HEREBY STIPULATED by and between Plaintiffs Arlen and Robin Sarkissian and

19   Defendant Experian Information Solutions, Inc., that the above-captioned action has been settled and

20   agree for it to be dismissed with prejudice pursuant the Rule 41(a)(1) of the Federal Rules of Civil

21   Procedure.  Each party shall bear its own costs and attorneys' fees incurred herein.

22           IT IS SO STIPULATED.

23

24

25   Page 1-    **STIPULATION OF DISMISSAL WITH PREJUDICE**          Baxter & Baxter, LLP
                **BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN**        8835 SW Canyon Lane, Suite 130
26              **INFORMATION SOLUTIONS, INC.**                      Portland, OR 97225
                (Case No. 3:20-cv-05458-RSM)                         (503) 297-9031 (Telephone)
                                                                     (503) 291-9031 (Facsimile)

1    Dated:  January 28, 2021                    Respectfully Submitted

2                                                By: _s/ Kirsten N. Baxter_
                                                 Justin M. Baxter, WSBA ID 39182
3                                                justin@baxterlaw.com
                                                 Kirsten N. Baxter, WSBA ID 43929
4                                                kirsten@baxterlaw.com
                                                 BAXTER & BAXTER, LLP
5                                                8835 SW Canyon Lane, Suite 130
                                                 Portland, Oregon 97225
6                                                Telephone (503) 297-9031
                                                 Attorneys for Plaintiffs
7

8

9                                                Respectfully Submitted

10                                               By: _s/ Angela M. Taylor_
                                                 Angela M. Taylor
11                                               Jones Day
                                                 3161 Michelson Drive, Suite 800
12                                               Irvine, CA 92612
                                                 Admitted *Pro Hac Vice*
13

14                                               By: _s/ Rachel D. Groshong_
                                                 Rachel D. Groshong
15                                               Stoel Rives LLP
                                                 600 University St., Ste. 3600
16                                               Seattle, WA 98101
                                                 Of Attorneys for Defendant
17                                               Experian Information Solutions, Inc.

18

19                                               /s/ Helen M. McFarland

20                                               _____
                                                 Helen M. McFarland, WSBA 51012
21                                               hmcfarland@seyfarth.com
                                                 SEYFARTH SHAW, LLP
22                                               999 Third Avenue, Suite 3000
                                                 Seattle, WA 98104
23                                               Telephone (206) 946-4923
                                                 Facsimile (206) 299-9974
24                                               Attorneys for Defendant Equifax Information Services
                                                 LLC

25   Page 2-    **STIPULATION OF DISMISSAL WITH PREJUDICE**
                **BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN**
26              **INFORMATION SOLUTIONS, INC.**
                (Case No. 3:20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

/s/ Garrett Garfield

_____

Garret Garfield, WSBA No. 48375
Holland & Knight
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Phone 503.517.2931 | Fax 503.241.8014
for Defendant Select Portfolio Servicing, Inc.

IT IS SO ORDERED.

Dated this <u>29th</u> day of January, 2021.

_____

Judge Ricardo S. Martinez
Chief United States District Judge

Page 3-    **STIPULATION OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC.**
(Case No. 3:20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury under the laws of the State of Washington that on

January 28, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF

system which will send notification of such filing to all registered CM/ECF participants in the case.

Executed on January 28, 2021 at Beaverton, Oregon.

*s/ Kirsten N. Baxt*er

Kirsten N. Baxter, WSBA ID 43929

Page 4-  **STIPULATION OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC.**
(Case No. 3:20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)