# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARLEN AND ROBIN SARKISSIAN,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a foreign corporation, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. 3:20-cv-05458-RSM<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.<br><br>NOTE ON MOTION CALENDAR: February 8, 2021 |

IT IS HEREBY STIPULATED by and between Plaintiffs Arlen and Robin Sarkissian and Defendant Equifax Information Services, LLC., that the above-captioned action has been settled and agree for it to be dismissed with prejudice pursuant the Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees incurred herein.

IT IS SO STIPULATED.

Page 1- **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**
(Case No. 3:20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

| | | |
|---|---|---|
| 1 | Dated:  February 8, 2021 | Respectfully Submitted |
| 2 | | By: *s/ Kirsten N. Baxter* |
| 3 | | Justin M. Baxter, WSBA ID 39182 |
| | | justin@baxterlaw.com |
| 4 | | Kirsten N. Baxter, WSBA ID 43929 |
| | | kirsten@baxterlaw.com |
| 5 | | BAXTER & BAXTER, LLP |
| | | 8835 SW Canyon Lane, Suite 130 |
| 6 | | Portland, Oregon 97225 |
| | | Telephone (503) 297-9031 |
| 7 | | Attorneys for Plaintiffs |

/s/ Helen M. McFarland
_____
Helen M. McFarland, WSBA 51012
hmcfarland@seyfarth.com
SEYFARTH SHAW, LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone (206) 946-4923
Facsimile (206) 299-9974
Attorneys for Defendant Equifax Information Services LLC

/s/ Garret Garfield
_____
Garret Garfield, WSBA No. 48375
Holland & Knight
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Phone 503.517.2931 | Fax 503.241.8014
for Defendant Select Portfolio Servicing, Inc.

IT IS SO ORDERED.

Dated this 9th day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 2- **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**
(Case No. 3:20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on February 8, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in the case.

Executed on February 8, 2021 at Beaverton, Oregon.

*s/ Kirsten N. Baxt*er
Kirsten N. Baxter, WSBA ID 43929

Page 3- **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**
(Case No. 3:20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)