Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARLEN AND ROBIN SARKISSIAN, | Case No. 3:20-cv-05458-RSM |
| Plaintiffs, | **ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S UNOPPOSED MOTION ON LOCAL COUNSEL** |
| v. | |
| SELECT PORTFOLIO SERVICING, INC., a foreign corporation, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | |
| Defendants. | |

This matter having come before the Court on Defendant Select Portfolio Servicing, Inc.'s ("SPS") Unopposed Motion on Local Counsel, and the Court having reviewed the materials filed by SPS and being otherwise fully advised,

IT IS HEREBY ORDERED that SPS's Motion on Local Counsel is GRANTED. SPS's counsel of record—Garrett S. Garfield—may act as local counsel for SPS under the Court's *pro hac vice* rule, LCR 83.1(d)(2), notwithstanding the fact that Mr. Garfield does not have a physical office in this District.

DATED this 15th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S UNOPPOSED MOTION ON LOCAL COUNSEL; CASE NO. 3:20-CV-05458
– PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Presented by:

HOLLAND & KNIGHT LLP

By: */s/ Garret S. Garfield*
Garrett S. Garfield, WSBA No. 48375
E-mail: garrett.garfield@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

*Attorney for Defendant Select Portfolio Servicing, Inc.*

ORDER GRANTING DEFENDANT SELECT PORTFOLIO SERVICING,
INC.'S UNOPPOSED MOTION ON LOCAL COUNSEL; CASE NO. 3:20-
CV-05458
– PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300