# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARLEN AND ROBIN SARKISSIAN,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a foreign corporation, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. 3:20-cv-05458-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL BETWEEN PLAINTIFFS AND DEFENDANT SELECT PORTFOLIO SERVICING, INC.**<br><br>NOTE ON MOTION CALENDAR: October 22, 2021 |

IT IS HEREBY STIPULATED by and between Plaintiffs Arlen and Robin Sarkissian and Defendant Select Portfolio Servicing, Inc., that the above-captioned action has been settled and agree for it to be dismissed with prejudice pursuant the Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees incurred herein.

IT IS SO STIPULATED.

Page 1- STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS
(Case No. 3: :20-cv-05458-RSM)

Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

Dated:   October 22, 2021     Respectfully Submitted,

By: /s/  *Kirsten N. Baxter*
_____
Kirsten N. Baxter WSBA ID 43929
Justin M. Baxter
Baxter & Baxter LLP
8835 SW Canyon Lane, Suite 130
Portland OR  97225

Of Attorney for Arlen and Robin Sarkissian

/s/ Garret S. Garfield
_____
Garrett S. Garfield, WSBA No. 48375
E-mail: garrett.garfield@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

for Defendant Select Portfolio Servicing, Inc.

IT IS SO ORDERED.

Dated this 27th day of October, 2021.

_____
Ricardo S. Martinez
Chief United States District Judge

Page 2-   **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS**
(Case No. 3: :20-cv-05458-RSM)

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on October 22, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in the case.

Executed on October 22, 2021 at Beaverton, Oregon.

                                             *s/ Kirsten N. Baxter*
                                             Kirsten N. Baxter, WSBA ID 43929

Page 3- STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS (Case No. 3: :20-cv-05458-RSM)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)